THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. HOWLEY, Appellant, *v.* JAMES A. HENDERSON, as Superintendent of Buildings in the Borough of The Bronx, City of New York, Respondent.

*People ex rel. Howley* v. *Henderson,* 164 App. Div. 935, appeal dismissed.

(Argued May 27, 1915; decided June 15, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 16, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to certify the salary of and reinstate the relator in the position of plumbing inspector in the bureau of buildings in the borough of The Bronx.

*Max Horowitz* and *Milton M. Goldsmith* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* and *William E. C. Mayer* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.